IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Michael Adams, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 14 C 1079 |
|  | ) |  |
| Zimmer, Inc., et al, | ) | Judge Rebecca R. Pallmeyer |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Pursuant to Federal Rule of civil Procedure 41(a)(1)(A)(I), the above cause is dismissed without prejudice and without costs.

ENTER:

Dated: November 24, 2014

_____
REBECCA R. PALLMEYER
United States District Judge